OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

02 1R
0006557458
$ 00.26⁵
SEP 11 2014
MAILED FROM ZIP CODE 78701

UNITED STATES POSTAGE
PITNEY BOWES

9/10/2014

WILLIAMS, CARLOS SUBADA   Tr. Ct. No. W06-86896-M (C)   WR-71,733-03

This is to advise that the Court has denied without written order on the findings of
the trial court after hearing the application for writ of habeas corpus.

Abel Acosta, Clerk

CARLOS SUBADA WILLIAMS

**RETURN TO SENDER
NOT IN DALLAS COUNTY JAIL**